DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES DIAZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2034

[January 23, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562019CF000843A.

Charles Diaz, Fort Pierce, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***